UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIAN BEEZELL MILLER,
                          Plaintiff,

        v.

NORTHSTAR ENERGY SHARED
SERVICES and SALTCHUK
RESOURCES INC,
                          Defendants.

CASE NO. 2:25-cv-01993-TL

ORDER OF DISMISSAL

This matter is before the Court on its own motion.

Plaintiff Rian Beezell Miller proceeds pro se and *in forma pauperis* ("IFP") in this action. *See* Dkt. No. 3 (Order Granting Leave to Proceed IFP).

On January 8, 2026, the Court dismissed Plaintiff's original complaint without prejudice for failure to state a claim, granting Plaintiff leave to refile. Dkt. No. 5. On February 2, 2026, Plaintiff filed an unsigned amended complaint. Dkt. No. 6. Plaintiff was informed of the deficiency and given until February 23, 2026, to submit a signature page for the deficient complaint. Dkt. No. 7 (Notice of Filing Deficiency). On June 16, 2026, having received no

ORDER OF DISMISSAL – 1

correction or other filing from Plaintiff, the Court struct the deficient amended complaint and gave Plaintiff an additional three weeks to file an amended complaint correcting the deficiencies of the original complaint. Dkt. No. 8 (Order to Show Cause) at 2. Plaintiff was warned:

> If Plaintiff does not timely file a properly signed amended complaint by July 6, 2026, this case will be closed for the reasons given in the Court's original Order of Dismissal (Dkt. No. 5) and for Plaintiff's subsequent failures to file a proper amended complaint and to comply with the Court's orders.

*Id.*

To date, the Court has received no filing in response to its Order. In fact, Plaintiff has taken no action in this case since filing the deficient amended complaint on February 2, 2026.

Accordingly, this matter is hereby DISMISSED in its entirety without prejudice for failure to state a claim, as explained in the Court's original Order of Dismissal (Dkt. No. 5) and for Plaintiff's subsequent failures to file a proper amended complaint and to comply with the Court's orders

Dated this 16th day of July, 2026.

_____
Tana Lin
United States District Judge

ORDER OF DISMISSAL – 2